PEARL EISELE ET AL., APPELLEES, v. L. A. MEEKER ET AL., APPELLANTS.

FILED FEBRUARY 23, 1921.   No. 21251.

Appeal. In the absence of a bill of exceptions, when the sufficiency of the pleadings is not questioned, the judgment of the trial court will be affirmed.

APPEAL from the district court for Douglas county: WILLIAM A. REDICK, JUDGE. *Affirmed.*

*Charles W. Haller,* for appellants.

*R. J. Madden* and *W. W. Hoye, contra.*

MORRISSEY, C. J.

Plaintiffs brought this action to recover for damages to plaintiffs' automobile caused by the negligent driving of a team and wagon owned by defendant Meeker. A jury was waived and the cause submitted to the court on a stipulation of facts. The court entered judgment in favor of plaintiffs and against defendant Harney Street Stables, a partnership, and defendants Meeker and Davis, and dismissed the cause of action against defendants Jackson. Defendants Harney Street Stables and Meeker have appealed.

A purported stipulation of facts is set out in appellants' brief, but is not incorporated in a bill of exceptions, and no such bill has been filed. The sufficiency of the pleadings is not questioned, and it follows that the judgment must be affirmed. A consideration of the stipulation set out in the brief would not, however, result in a reversal.

AFFIRMED.